IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KARRY L. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 12-2565-KHV |
| | ) |
| BERRY PLASTICS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On December 3, 2012, the court granted the parties' joint motion for an order directing the Kansas Human Rights Commission ("KHRC") to provide records pertaining to the charge filed by the plaintiff, Karry Thomas, against the defendant, Berry Plastics Corporation (KHRC Case No. 34393) **(doc. 16)**. The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff for in camera review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, are not discoverable.

IT IS SO ORDERED.

Dated this 16th day of January, 2013, at Kansas City, Kansas.

                                                s/ James P. O'Hara
                                                James P. O'Hara
                                                U.S. Magistrate Judge